# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| BARRINGTON MILLER, | ) |
| Movant, | ) |
| v. | ) CV424-154 |
| | ) CR418-147 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, doc. 691, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Movant's 28 U.S.C. § 2255 motion, as amended, is **DENIED**, as is his request for a writ of error *coram nobis*. Docs. 673, 690. Further, Movant is denied a Certificate of Appealability. The Clerk is **DIRECTED** to **CLOSE** this Case.

**SO ORDERED** this ___18___ day of September, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA